**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMSHID ARYEH,<br><br>         Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>         Defendants.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>         Counterclaimant,<br><br>v.<br><br>JAMSHID ARYEH,<br><br>         Counterdefendant. | Case No. 2:21-cv-00089 SPG-PLA<br><br>Hon. Sherilyn Peace Garnett<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter, in its entirety, including the claims previously dismissed by Counter-defendant Jamshid Aryeh without prejudice, is hereby dismissed with prejudice.

//

Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 28, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE